# UNITED STATES DISTRICT COURT

for the
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Keana Taylor**<br>*Plaintiff*<br><br>v.<br><br>**OffersPDQ, LLC, et al.**<br>*Defendant* | ) | Civil Action No. 4:23-cv-03018 |

## AFFIDAVIT OF SERVICE

I, Earnest  Walker , being duly sworn, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 1, 2024, at 12:24 pm. I delivered these documents to Scott Alexander in Bexar County, TX on March 4, 2024 at 10:45 am at 1207 Yellow Warbler Run, San Antonio, TX 78253 by personal service by handing the following documents to an individual identified as Scott Alexander.

Summons
Complaint and Exhibits

White Male, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=29.444869458,-98.8007750996
Photograph: See Exhibit 1

My name is Earnest  Walker , my date of birth is 4/26/1952, and my address is 3406 Port Place, San Antonio, TX 78253, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Earnest Walker*

Executed in

Bexar County,

TX on 3/4/2024.

Earnest Walker
+1 (817) 487-6565
Certification Number: PSC-11762
Expiration Date: 12/31/2024



Exhibit 1a)